# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH COOPER, on behalf of herself and those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 17-cv-4378 |
| NESTLE PURINA PET CARE COMPANY, ZEROCHAOS, and | ) ) ) | Judge Andrea R. Wood |
| JOHN DOE ONE THROUGH TEN, | ) ) | Magistrate Judge M. David Weisman |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, through her counsel, pursuant to FRCP 41 (a)(1)(A)(i), hereby informs the court that all matters in controversy are settled, and requests that the court dismiss the above-captioned case with prejudice, each party having agreed to pay their own attorneys' fees and costs, if any.

Respectfully submitted,
Plaintiff,
By: /s/ Nicholas F. Esposito
One of her Attorneys

Nicholas F. Esposito
Bradley K. Staubus
Esposito & Staubus LLP
7055 Veterans Blvd., Unit B
Burr Ridge, IL 60527
(312) 346-2766